**For Clerks office Use**

| Judge | Rec'd |
|-------|-------|
| JONES | |
| SARGENT | |

CLERK'S OFFICE U.S. DISTRICT. COURT
AT ROANOKE, VA
FILED

# OCT 1 7 2025

LAURA A. AUSTIN, CLERK
BY: M. poff
DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT

## FOR THE

## WESTERN DISTRICT OF VIRGINIA

For the use by inmates in filing a complaint under **CIVIL RIGHTS ACT, 42 USC § 1983 or BIVENS v. SIX UNKOWN NAMED AGENTS OF FED. BUREAU OF NARCOTICS , 403 U.S.C. § 388 (1971)**

_____

Warren Bagley

Plaintiff full name

1913977

Inmate No.

v.

CIVIL ACTION NO. 7:25CV00752

Green Rock Correctional Center

Defendant(s) full names(s)

_____

*****************************************************************************

**A.** Current facility and address: Green Rock Correctional Center ~~(address)~~

~~(address)~~ Post office Box 1000, Chatham VA 24531

**B.** Where did this action take place? Green Rock Correctional Center DI #123

**C.** Have you begun an action in state or federal court dealing with the same facts involved in this complaint?

If your answer to A is yes, answer the following:

**1.** Court:_____

**2.** Case Number:_____

**D.** Have you filed any grievances regarding the facts of this complaint? _____Yes ___✓___No.

**1.** If your answer is yes, indicate the results:

_____

_____

**2.** If your answer is no, indicate why

It was after the incendent because it was already in my medical record that I have ~~a~~ Seizure

**E. Statement of Claim(s):** State briefly the facts in this complaint. Describe what action(s) each defendant took in violation of your federal rights and include the relevant dates and places.  Do not give any legal arguments or cite any cases or statues. If necessary, you may attach additional page(s). Please write legibly.

**Claim # 1-** Supporting Facts- Briefly tell your story without citing cases or law:

On Sep 25, 2025 after count time my cellmate witnessed me having a Seizure. Do to me having this seizure caused me to fall off the top bunk. Do to me falling off the top bunk I ended up with 9 Stiches above my left eye, a black eye and a fractured rib. This is my third seizure here on Green Rock. Staff and medical were all aware of my Seizures,

**Claim # 2-** Supporting facts- Briefly tell your story without citing cases or law:

_____

_____

_____

**F.**  State what relief you seek from the Court. Make no legal arguments and cite no cases or statues.

Restitution for physical and emotinal trauma

**G.** If this case goes to trial do you request a trial by jury? ____✓____Yes _____No

**I.** If I am released or transferred, I understand it is my responsibility to immediately notify the court in writing of any change of address after I have been released or transferred or my case was dismissed.

DATED: 10/6/2025                SIGNATURE _____

Claim #1 Additional Page

I had requested several times to be moved from the top bunk to a bottom bunk. However I was never moved which led to this incident of me having to be taken ~~to the hospital~~ on a emergency run to the hospital.

VERIFICATION:

I, _Warren Bagley_, state that I am the plaintiff in this action and I know the content of the above complaint that it is true of my own knowledge, except as to those matters that are stated to be based on information and belief, and as to those matters, I believe them to be true. I further state that I believe the factual assertions are sufficient to support a claim of violation of constitutional rights. Further, I verify that I am aware of the provisions set forth in 28 U.S.C. § 1915 that prohibit an inmate from filing civil action or appeal, if the prisoner has, on three or more occasions, while incarcerated brought an action or appeal in federal court that is dismissed on the grounds that is was frivolous, malicious, or failed to state a claim upon which relief may be granted, unless the prisoner is in imminent danger of serious physical injury. I understand that if that complaint is dismissed on any of the above grounds, I may be prohibited from filing any future action without pre-payment of the filing fees. I declare under the penalty of perjury the foregoing to be true and correct.

DATED __10/6/2025.__  SIGNATURE __W. Bagley__

Warren Bagley #1913977
Green Rock Correctional Center
P.O. Box 1000, Chatham VA 24531

GREENSBORO NC   270
PIEDMONT TRIAD AREA
15 OCT 2025  PM 3   L

1775



RECEIVED

OCT 17 2025

USDC Clerk's Office
Mail Room

United States District Court, Western District
of Virginia
        c/o Clerk of the Court
    210 Franklin Rd, S.W., Suite 540
        Roanoke, VA 24011-2208

24011-220840